IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 1:11-CV-373 |
| | § | |
| LOCKHART, MORRIS, | § | |
| & MONTGOMERY, INC., | § | |
| and JOHN D. HICKMAN, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

The Court, having considered the issues presented in this civil action and granted default judgment in favor of the plaintiff and against the defendants, **ORDERS** that judgment is entered as follows:

The Court **ORDERS** that default judgment is entered in favor of the plaintiff in this cause, James Jones, and against defendants Lockhart, Morris, & Montgomery, Inc., and John D. Hickman.

The Court further **ORDERS** that the plaintiff James Jones shall recover from defendants Lockhart, Morris, & Montgomery, Inc., and John D. Hickman, jointly and severally, the principal damage amount of $4,000.00. Prejudgment interest is assessed against the $4,000.00 in damages at the applicable prime rate on the date of this judgment, which is 3.25%, beginning from March 18, 2011, and ending on the date of this judgment, compounded annually by the applicable postjudgment interest rate as stated herein. Postjudgment interest is also assessed against the $4,000.00 in damages at the current federal rate as provided by 28 U.S.C. § 1961(a), which is 0.18%, beginning on the date

of this judgment and accruing until paid in full.

Finally, the Court further **ORDERS** that the plaintiff also recover $440.00 in court costs and $2,584.00 in attorneys fees from the defendants jointly and severally for a total award of $7,024.00. Postjudgment interest at the applicable rate of 0.18% is also assessed on the court costs and attorneys fees until paid.

This shall be considered the entry of final judgment for purposes of appeal. All pending motions not previously ruled upon are denied as **MOOT** and all relief not specifically granted herein is **DENIED**. The Clerk is directed to close this case.

So **ORDERED** and **SIGNED** this **4** day of **May, 2012.**

_____
Ron Clark, United States District Judge